**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| **In re:** | : | |
| | : | |
| **Patrick Issac Dressel** | : | **Case No.: 12-21075** |
| **Marian Ann Dressel** | : | **Chapter 13** |
| | : | **Judge Janet S. Baer** |
| **Debtor.** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |

### MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO NOTICE OF FINAL CURE

Now comes Creditor, JPMorgan Chase Bank, National Association ("Creditor") by and through counsel, and hereby moves this Court to continue the deadline to file a response to notice of final cure until July 28, 2017 to allow sufficient time for Creditor to complete its discharge audit.

Wherefore, Creditor respectfully requests that the deadline to file a response to notice of final cure be continued until July 28, 2017 to allow Creditor sufficient time to complete its discharge audit.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor

1

17-023720_MAR1

The case attorney for this file is Todd J.
Ruchman.
Contact email is
tjruchman@manleydeas.com

17-023720_MAR1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion to Extend Deadline

to File Response To Notice of Final Cure was served on the parties listed below via e-mail

notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532, mcguckin_m@lislel3.com

Jason M Shimotake, Attorney for Patrick Issac Dressel and Marian Ann Dressel, Geraci Law L.L.C., 55 E. Monroe St. Suite #3400, Chicago, IL 60603, ndil@geracilaw.com

Alex Wilson, Attorney for Patrick Issac Dressel and Marian Ann Dressel, 55 E. Monroe St., Suite #3400, Chicago, IL 60603, ndil@geracilaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July  7 , 2017:

Patrick Issac Dressel and Marian Ann Dressel, 2308 Vineyard Ct, Elgin, IL 60123-6544

Chase, Attn: Bankruptcy Dept., 10790 Rancho Bernardo Rd, San Diego, CA 92127

South Central Bank & T, Attn: Bankruptcy Dept., 525 W Roosevelt Rd, Chicago, IL 60607

/s/ Todd J. Ruchman

17-023720_MAR1